It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–0611. State ex rel. Thompson v. Indus. Comm.**
Franklin App. No. 06AP–229. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 31, 2007*

[Cite as *07/31/2007 Case Announcements*, 2007-Ohio-3853.]

## MISCELLANEOUS ORDERS

| | |
|---|---|
| In re Report of the Commission on Continuing Legal Education. : : : | |
| | Case No. CLE–2006–72006 |
| Patrick Sean Leary : ( # 0072006) : Respondent. : | ORDER |

It is ordered by this court, sua sponte, that Patrick Sean Leary, Attorney Registration No. 0072006, last known business address in Parma, Ohio, is found in contempt for failure to comply with this court's order of April 27, 2007, to wit: failure to file an affidavit of compliance on or before May 27, 2007.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–1015. State ex rel. Rose v. Indus. Comm.**
Franklin App. No. 06AP–529, 2007-Ohio-1813.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 31, 2007*

[Cite as *07/31/2007 Case Announcements #2*, 2007-Ohio-3855.]

## MOTION AND PROCEDURAL RULINGS

**2007–1270. State v. Feathers.**
Portage App. No. 2005–P–0039. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

It is ordered by the court that the motion is denied.

LUNDBERG STRATTON, J., dissents.

O'CONNOR, J., not participating.